ACCEPTED
14-14-00254-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/28/2015 3:17:05 PM
CHRISTOPHER PRINE
CLERK

# THOMPSON
## COE

Thompson, Coe, Cousins & Irons, L.L.P.
Attorneys and Counselors

Kevin F. Risley
Direct Dial: (713) 403-8295
krisley@thompsoncoe.com
Board Certified in Civil Appellate Law
Texas Board of Legal Specialization

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS Austin
5/28/2015 3:17:05 PM  Dallas
CHRISTOPHER A. PRINE Houston
Clerk  Los Angeles
Saint Paul

May 28, 2015

***VIA ELECTRONIC FILING***

Hon. Christopher Prine
Clerk, Fourteenth Court of Appeals
301 Fannin, Suite 245
Houston, Texas 77002

      Re:     Case No. 14-14-254-CV, Liberty Surplus Insurance Corporation and Commerce
             & Industry Insurance Company v. Exxon Mobil Corporation

Dear Mr. Prine:

This correspondence is to advise the Court that Kevin F. Risley will present oral argument on behalf of Appellant Liberty Surplus Insurance Corporation on Thursday, June 11, 2015.

Thank you.

                Sincerely,

                */s/ Kevin F. Risley*

                Kevin F. Risley

cc:     All Counsel of Record – Via Electronic Filing